# JUDGE STANTON

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# 22 CV 2243

---

BCC EQUIPMENT LEASING CORPORATION, :

                        Plaintiff, : Case No. 22-mc-81

- against - : **ORDER TO FILE CIVIL CASE UNDER SEAL**

LILAC WING LIMITED and
AIRBRIDGECARGO AIRLINES, LLC, :

                       Defendants. :

---

Plaintiff, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby ORDERED this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

IT IS FURTHER ORDERED that the Civil action will be automatically unsealed on March 25, 2022, unless the Judge to whom it is assigned extends the sealing.

IT IS FURTTHER ORDERED the Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

Dated: March _17_, 2022          SO ORDERED:

New York, New York

                                             _____
                                             DENISE COTE
                                        United States District Judge

Part I

SGR/36388896.1